NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE: JOSEPH RICCELLI, RANDOLPH LOEW,**
*Appellants*

---

2017-2302

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/642,714.

---

**JUDGMENT**

---

BLYNN L. SHIDELER, II, BLK Law Group, Wexford, PA, argued for appellants.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT MCBRIDE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  May 1, 2018  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |